IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK WILSON,

    Plaintiff,

v.                                      Case No. 4:11cv428-SPM/WCS

LT. RATMAN, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 23) which recommends that this case be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Plaintiff has been afforded an opportunity to file objections, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted. Accordingly, it is

    **ORDERED and ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc.23) is **adopted** and incorporated by reference into this order; and

    2.    This case is **dismissed** without prejudice.

3.    The Clerk is directed to close this case.

**DONE AND ORDERED** this 20th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge